1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6    OSCAR LEE NEWSOME,

7              Plaintiff,                    CV F 02 5398  OWW WMW P

8         vs.                               FINDINGS AND RECOMMENDATION

9    _____

10   CDC, et al.,

11             Defendants.

12   _____/

13

14         Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

15   U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28

16   U.S.C. § 636(b)(1).

17         By order filed April 21, 2005, the court issued an order dismissing the operative

18   complaint for failure to state a claim and directing plaintiff to file an amended complaint within

19   thirty days.  Plaintiff has not filed an amended complaint.

20         In the April 21, 2005, order the court informed plaintiff of the deficiencies in his

21   complaint, and dismissed the complaint on the ground that plaintiff had failed to state a claim

22   upon which relief could be granted.  Because plaintiff has not filed an amended complaint, the

23   court recommends dismissal without prejudice, pursuant to Local Rule 11-110,  for failure to

24   obey a court order.

25         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

26

1

without prejudice for failure to obey a court order.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:     May 27, 2005**                           **/s/  William M. Wunderlich**
mmkd34                                                 UNITED STATES MAGISTRATE JUDGE

2